```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
DR. EDGARD EL CHAAR,

                Plaintiff,

-against-

NEW YORK UNIVERSITY COLLEGE OF DENTISTRY,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/23/2022
```

22 Civ. 856 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for October 19, 2022, is ADJOURNED to **December 13, 2022**, at **10:00 a.m.**  The parties are reminded that they must file a joint status report not later than one week in advance of the case management conference.  *See* ECF No. 16 ¶ 16.  In addition, pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery.  *See id.*

    SO ORDERED.

Dated: September 23, 2022
       New York, New York

ANALISA TORRES
United States District Judge