UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. EDGARD EL CHAAR,

                Plaintiff,

-against-

NEW YORK UNIVERSITY COLLEGE OF
DENTISTRY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/19/2022_

22 Civ. 856 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed protective order. ECF No. 23. The Court shall not retain jurisdiction over the protective order following termination of this action. *Id.* at 7. In addition, the parties cannot bind persons that are not yet parties to this litigation. *Id.* Accordingly, by **December 27, 2022**, the parties shall submit a revised protective order.

    SO ORDERED.

Dated: December 19, 2022
       New York, New York

                                                ANALISA TORRES
                                                United States District Judge