**OLSHAN**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2023
```

June 23, 2023

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *Dr. Edgard El Chaar v. NYU*, (SDNY Case No. 1:22-cv-00856)

Dear Judge Torres:

    We write as counsel to Plaintiff Dr. Edgard El Chaar and, along with counsel for Defendant, submit this joint letter. Due to vacation/holiday and other professional commitments, the Parties seek to amend the Court's Scheduling Order (Dkt. #35) as it relates to the Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Dkt #37) and Defendant's Reply to Plaintiff's Opposition. The Parties request that Plaintiff have until July 21 (currently July 11) to file its Opposition and that the Defendant have until August 11 (currently July 25) to file any Reply.

    There has been no previous request for an extension of deadlines related to the Motion for Summary Judgment

GRANTED.

SO ORDERED.

Dated: June 23, 2023
       New York, New York

**ANALISA TORRES**
United States District Judge