**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
DR. EDGARD EL CHAAR,

                  Plaintiff,

-against-                                                                                 22 **CIVIL** 00856 (AT)

                                                                               **<u>JUDGMENT</u>**

NEW YORK UNIVERSITY COLLEGE OF
DENTISTRY

                  Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 28, 2024, Defendant's motion for summary judgment is GRANTED as to El Chaar's federal claims, and El Chaar's state claims are DISMISSED without prejudice to renewal in state court. Judgment entered for Defendant consistently with the Order, and the case is closed.

**Dated:** New York, New York

      March 29, 2024

                                                                 **RUBY J. KRAJICK**
                                                                  **Clerk of Court**

                                          **BY:** _____
                                                                   **Deputy Clerk**