USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. EDGARD EL CHAAR,

Plaintiff,

-against-

NEW YORK UNIVERSITY COLLEGE OF DENTISTRY,

Defendant.

22 Civ. 856 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Before the Court is Defendant's motion for summary judgment on El Chaar's New York State Human Rights Law and the New York City Human Rights Law claims. *See* ECF No. 58 ("[T]he Court will exercise supplemental jurisdiction over Plaintiff's state and city law claims and decide them on the existing summary judgment record."). Defendant's motion is GRANTED in part and DENIED in part. The Court's memorandum opinion shall follow in due course.

SO ORDERED.

Dated: September 21, 2026
New York, New York

ANALISA TORRES
United States District Judge